IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | |
|---|---|
| Sherry Blackburn, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 7:13-cv-00034-ART |
| Southwest Recovery Services, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 14, 2013

Respectfully submitted,

By   /s/ Joseph E. Blandford, Jr.
Joseph E. Blandford, Jr., Attorney at Law
1387 S. Fourth Street
Louisville, Kentucky 40208
Telephone: (855) 301-2100 Ext. 5535
Facsimile: (888) 653-9237
jblandford@lemberglaw.com

Of Counsel To
LEMBERG & ASSOCIATES, LLC
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (888) 953-6237

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 14, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Kentucky Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/*Joseph E. Blandford*
                   Joseph E. Blandford, Esq.